UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(ROCK HILL DIVISION)

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF JPMBB COMMERCIAL MORTGAGE SECURITIES TRUST 2014-C19, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2014-C19,<br><br>　　　Plaintiff,<br><br>v.<br><br>KARTAR SINGH,<br><br>　　　Defendant. | Case No. 0:21-2516-MGL<br><br>**Joint Motion for Entry of Agreed Order Dismissing Case Without Prejudice** |

COME NOW Plaintiff, Wells Fargo Bank, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Securities Trust 2014-C19, Commercial Mortgage Pass-Through Certificates, Series 2014-C19, ("Plaintiff") and Defendant, Kartar Singh, ("Defendant"), and jointly move for entry of an agreed order dismissing this case without prejudice.

In support of this Joint Motion, the parties represent to the Court that the claims and counterclaims in this case should be dismissed without prejudice in accordance with the terms of the Bankruptcy Plan (as amended, the "Plan") that was confirmed by Order entered June 29, 2022, in the Kismet Rock Hill, LLC bankruptcy case pending in the United States Bankruptcy Court for the District of South Carolina, Case No. 21-01926-HB. The Plan states, among other things, that Plaintiff ". . . shall dismiss the pending lawsuit against the [Defendant] without

prejudice as to any claim arising prior to the Effective Date. The [Defendant] shall also dismiss without prejudice the counterclaims asserted against the [Plaintiff] in the pending lawsuit."

Accordingly, Plaintiff and Defendant have agreed to dismiss their respective claims and counterclaims asserted in this case, without prejudice.

A proposed Agreed Order Dismissing Case Without Prejudice is attached for the Court's convenience.

Respectfully submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

BY: s/ Alanna Beth Herman
Alanna Beth Herman (# 12998)
1501 Main Street, Suite 310
Columbia, South Carolina 29201
Tel.: 803.251.8820
Fax: 803.753.0011
E-Mail: abherman@bakerdonelson.com

*Attorney for Plaintiff*

GLEISSNER LAW FIRM, LLC

By: s/ Richard R. Gleissner
Richard R. Gleissner (# 5389)
1237 Gadsden Street, Suite 200A
Columbia, SC 29201
Tel.: 803.787.0505
Fax: 803.712.4283
E-mail:  rick@gleissnerlaw.com

*Attorney for Defendant Kartar Singh*